UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

In re:

Gabhaltais Teaghlaigh LLC

                    Debtor.

Chapter 11
Case No. 22-10839-EDK

CERTIFICATE OF SERVICE

I, Joseph G. Butler, do hereby certify that on April 9, 2026, I served a copy of Gabhaltais

Teaghlaigh, LLC's Opposition to Motion by Jaspal Gill to Convert Debtor's Chapter 11 Case to

Chapter 7 on the persons on the attached service list by mailing a copy of the same by first class

mail, postage prepaid or as otherwise indicated.

Signed under the penalties of perjury, April 9, 2026.

/s/ *Joseph G. Butler*

Joseph G. Butler

BGDOCS\40045\1\1702567.v1-4/9/26

Service List
Gabhaltais Teaghlaigh LLC
Chapter 11, Case No.  22-10839-EDK

**Via ECF**

- **David G. Baker**   david@bostonbankruptcy.org,
  bostoncourtmail@gmail.com;dgbecf@outlook.com;dgb137@bostonbankruptcy.org
- **Steven Boyajian**   sboyajian@rc.com, jtella@rc.com
- **Eric K. Bradford**   Eric.K.Bradford@USDOJ.gov
- **Paul G. Crochiere**   pcrochiere@regnante.com
- **David C. Crossley**   dcrossley@crossley-law.com,
  crossleylaw@yahoo.com;r48037@notify.bestcase.com
- **Kathleen R. Cruickshank**   kcruickshank@murphyking.com,
  bankruptcy@murphyking.com;kflynn@murphyking.com;ecf-
  f3829d9f3bd3@ecf.pacerpro.com
- **Daniel S. Guenther**   dsguenther@sherin.com, sworfolk@sherin.com
- **Richard King - B**   USTPRegion01.BO.ECF@USDOJ.GOV
- **John C. La Liberte**   JCLaLiberte@sherin.com, sworfolk@sherin.com
- **Jason A. Manekas**   jmanekas@bg-llp.com, kpurvis@bg-llp.com
- **Alex F. Mattera**   amattera@pierceatwood.com, lhawe@pierceatwood.com
- **Jodi B. Meade**   meadej@dor.state.ma.us
- **Heather Sprague**   Heather.Sprague@usdoj.gov
- **Michael Van Dam**   mvandam@vandamlawllp.com
- **John F. White**   jwhite@lipmanwhite.com,
  lipmanwhite1@yahoo.com;alipman@lipmanwhite.com
- **David W. Zizik**   david.zizik@mgclaw.com, dburke@ziziklaw.com

**Via First Class Mail**

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Massachusetts Department of Revenue
Bankruptcy Unit
PO Box 9554
Boston, MA 02114

Suzanne Beckett
Beckett Law LLC
543 Prospect Ave

Hartford, CT 06105

Devco North America Lp
200 Lincoln Street
Suite 302
Boston, MA 02111

David Natan
The Newburg & Company, LLP
95 Sawyer Road
Suite 120
Waltham, MA 02453-3471

AmGuard Insurance Company
39 Public Square
Wilkes Barre, PA 18701-2502

Bank 5
79 North Main Street
Fall River, MA 02720-2123

Boston Gas Company
DBA National Grid
300 Erie Boulevard West
Syracuse, NY 13202-4201

City of Boston
Law Department
1 CIty Hall Square
Boston, MA 02201-2019

City of Lowell
Law Department
375 Merrimack Street, 3rd Floor
Lowell, MA 01852-5939

City of Woburn
City Clerk
10 Common Street
Woburn, MA 01801-4197

Eversource Gas Company
Attn Credit and Collections
PO Box2025
Springfield MA 01102-2025

Gomes Corp.
400 East Street
Walpole, MA 02081-3702

Gomes Corp.
c/o Paul Modarski, Esq.
Morrissey Hawkins & Lynch
One International Place
Boston, MA 02110-2645

Jonathan H. Allen
1500 Main Street, Suite 1506
P.O. Box 15567
Springfield 01115-5567

Mary Vallace Krumsiek, Esq.
Krummsiek LLP
One Boston Place Ste 2600
Boston, MA 02108-4420

Massachusetts Electric Co.
DBA National Grid
300 Erie Boulevard West
Syracuse, NY 13202-4201

Millennium Investor Group V LLC
10 Cedar Street
Woburn, MA 01801-6364

Narragansett Electric Co.
DBA Rhode Island E
300 Erie Boulevard West
Syracuse, NY 13202-4201

Raman Singh
c/o Stiles Law
892 Plain Street, 2nd Floor
Marshfield, MA 02050-2191

Rockland Trust Bank (f/k/a East Boston
Savings)
101 Arch Street 20th Floor
Boston, MA 02110-1122

Sachem Capital Partners LLC
588 E. Main Street Ste 1
Branford, CT 06405

Stedronsky & Meter, LLC
62 West Street
P.O. Box 1529
Litchfield, CT 06759-1529

Town of Weymouth

Law Department
75 Middle Street
East Weymouth, MA 02189-1359

Virginia Hung, M.D.
316 Highland Avenue
Winchester, MA 01890-3143

William P. Devereaux, Esq.
Pannone Lopes Devereaux & O'Gara LL
1301 Atwood Ave., Suite 215 N
Johnston, RI 02919-4933

Jaspal Gill
8 Bailey Avenue
Beverly, MA 01915-3904