UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

In re:

Gabhaltais Teaghlaigh LLC

Debtor.

Chapter 11
Case No. 22-10839-EDK

**SECOND INTERIM APPLICATION FOR FEES AS SPECIAL COUNSEL TO
CHAPTER 11 DEBTOR IN POSSESSION AND AFFIDAVIT**

On this 20th day of July, 2026, at Boston, Massachusetts comes Jason A. Manekas, Esquire, and makes oath that he was employed as special counsel to Gabhaltais Teaghlaigh, LLC, the Debtor in Possession (the "Debtor") in the above-captioned case, and that for the period from January 1, 2026, to July 20, 2026, he rendered services as counsel to the Debtor in said case in connection with the resolution of competing claims and priorities affected by the foreclosure sale of the real property at 47 Old Harbor Street, S. Boston, MA, 283 West 5th Street, S. Boston, MA, 193 Randolph Street, Weymouth, MA and 15 Simms Court, Newton, MA (the "Real Property").  The services are described in detail in the itemized bill attached hereto as Exhibit A and are in the total amount of $63,000.00 after a courtesy discount.  Attorney Manekas further states under oath that no expenses have been incurred, that the compensation, fee and allowance claimed herein belongs wholly to him, and will not be divided, shared or pooled, directly or indirectly, with any other person or firm, and that no compensation has been or will be sought for services as an attorney which are properly trustee services.  A copy of the order authorizing the employment of counsel is annexed hereto as Exhibit B and Special Counsel's biography is attached hereto as Exhibit C. Counsel has received a retainer in the amount of $10,000.00 in this case. A first interim application for time expended in the year 2025 was previously sought, allowed by this court, and the sum of $22,518.90 was received by Attorney Manekas' office.

WHEREFORE, he requests that he be allowed the sum of $63,000.00 for services rendered from

January 1, 2026, through July 20, 2026.  A copy of a proposed Order is attached hereto as Exhibit D.

The Application is made under the penalties of perjury.


/s/ Jason A. Manekas
Jason A. Manekas, Esquire (BBO No. 632073)
Bernkopf Goodman, LLP
Two Seaport Lane - 9th Floor
Boston, Massachusetts 02210
Telephone: (617) 790-3000
Facsimile: (617) 790-3300
E-mail: jmanekas@bernkopflegal.com

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

In re:

Gabhaltais Teaghlaigh LLC

Debtor.

Chapter 11
Case No. 22-10839-EDK

CERTIFICATE OF SERVICE

I, Jason A. Manekas, do hereby certify that on July 20, 2026, I served a copy of this Second

Interim Application For Fees As Special Counsel To Chapter 11 Debtor In Possession And

Affidavit on the persons on the attached service list by mailing a copy of the same by first class

mail, postage prepaid or as otherwise indicated.

Signed under the penalties of perjury, July 20, 2026.

/s/ *Jason A. Manekas*

Jason A. Manekas

Service List
Gabhaltais Teaghlaigh LLC
Chapter 11, Case No.  22-10839-EDK

**Via ECF**

- **David G. Baker**    david@bostonbankruptcy.org, bostoncourtmail@gmail.com;dgbecf@outlook.com;dgb137@bostonbankruptcy.org
- **Steven Boyajian**    sboyajian@rc.com, jtella@rc.com
- **Eric K. Bradford**    Eric.K.Bradford@USDOJ.gov
- **Paul G. Crochiere**    pcrochiere@regnante.com
- **David C. Crossley**    dcrossley@crossley-law.com, crossleylaw@yahoo.com;r48037@notify.bestcase.com
- **Kathleen R. Cruickshank**    kcruickshank@murphyking.com, bankruptcy@murphyking.com;kflynn@murphyking.com;ecf-f3829d9f3bd3@ecf.pacerpro.com
- **Daniel S. Guenther**    dsguenther@sherin.com, sworfolk@sherin.com
- **Richard King - B**    USTPRegion01.BO.ECF@USDOJ.GOV
- **John C. La Liberte**    JCLaLiberte@sherin.com, sworfolk@sherin.com
- **Jason A. Manekas**    jmanekas@bg-llp.com, kpurvis@bg-llp.com
- **Alex F. Mattera**    amattera@pierceatwood.com, lhawe@pierceatwood.com
- **Jodi B. Meade**    meadej@dor.state.ma.us
- **Heather Sprague**    Heather.Sprague@usdoj.gov
- **Michael Van Dam**    mvandam@vandamlawllp.com
- **John F. White**    jwhite@lipmanwhite.com, lipmanwhite1@yahoo.com;alipman@lipmanwhite.com
- **David W. Zizik**    david.zizik@mgclaw.com, dburke@ziziklaw.com

**Via First Class Mail**

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Massachusetts Department of Revenue
Bankruptcy Unit
PO Box 9554
Boston, MA 02114

Suzanne Beckett
Beckett Law LLC
543 Prospect Ave
Hartford, CT 06105

Devco North America LP
200 Lincoln Street
Suite 302
Boston, MA 02111

David Natan
The Newburg & Company, LLP
95 Sawyer Road
Suite 120
Waltham, MA 02453-3471

Michael Riley
1661 Worcester Rd.
Framingham, MA 01701

AmGuard Insurance Company
39 Public Square
Wilkes Barre, PA 18701-2502

Bank 5
79 North Main Street
Fall River, MA 02720-2123

Boston Gas Company
DBA National Grid
300 Erie Boulevard West
Syracuse, NY 13202-4201

City of Boston
Law Department
1 CIty Hall Square
Boston, MA 02201-2019

City of Lowell
Law Department
375 Merrimack Street, 3rd Floor
Lowell, MA 01852-5939

City of Woburn
City Clerk
10 Common Street
Woburn, MA 01801-4197

Eversource Gas Company
Attn Credit and Collections
PO Box2025
Springfield MA 01102-2025

Gomes Corp.
400 East Street
Walpole, MA 02081-3702

Gomes Corp.
c/o Paul Modarski, Esq.
Morrissey Hawkins & Lynch
One International Place
Boston, MA 02110-2645

Jonathan H. Allen
1500 Main Street, Suite 1506
P.O. Box 15567
Springfield 01115-5567

Mary Vallace Krumsiek, Esq.
Krummsiek LLP
One Boston Place Ste 2600
Boston, MA 02108-4420

Massachusetts Electric Co.
DBA National Grid
300 Erie Boulevard West
Syracuse, NY 13202-4201

Millennium Investor Group V LLC
10 Cedar Street
Woburn, MA 01801-6364

Narragansett Electric Co.
DBA Rhode Island E
300 Erie Boulevard West
Syracuse, NY 13202-4201

Raman Singh
c/o Stiles Law
892 Plain Street, 2nd Floor
Marshfield, MA 02050-2191

Rockland Trust Bank (f/k/a East Boston
Savings)
101 Arch Street 20th Floor
Boston, MA 02110-1122

Sachem Capital Partners LLC
588 E. Main Street Ste 1
Branford, CT 06405

Stedronsky & Meter, LLC
62 West Street
P.O. Box 1529
Litchfield, CT 06759-1529

Town of Weymouth
Law Department
75 Middle Street
East Weymouth, MA 02189-1359

Virginia Hung, M.D.
316 Highland Avenue
Winchester, MA 01890-3143

Willaim P. Devereaux, Esq.
Pannone Lopes Devereaux & O'Gara LL
1301 Atwood Ave., Suite 215 N
Johnston, RI 02919-4933

Jaspal Gill
8 Bailey Avenue
Beverly, MA 01915-3904

6

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Gabhaltais Teaghlaigh LLC<br><br>                Debtor. | Chapter 11<br>Case No. 22-10839-EDK |

DECLARATION  RE: ELECTRONIC FILING

PART 1- DECLARATION  OF PETITIONER.

     I, Jason A. Manekas, *hereby declare under penalty of perjury* that all of the information contained in the Sworn Statement of Jason A. Manekas (the "Document"), filed electronically, is, to the best of my knowledge, true and correct.  I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

     I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)- 7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: July 20, 2026

               Signed:  */s/ Jason A. Manekas*
                    Jason A. Manekas, Esquire

BGDOCS\40045\1\1704699.v2-7/20/26