UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: Gabhaltais Teaghlaigh LLC ,<br>Debtor | Chapter: 11<br>Case No: 22−10839<br>Judge Elizabeth D. Katz |

## NOTICE OF HYBRID NONEVIDENTIARY HEARING

**PLEASE TAKE NOTICE** that a **HEARING** will be held on **8/20/26 at 12:30 PM** before the Honorable Judge Elizabeth D. Katz, United States Courthouse, 300 State Street, Berkshire Courtroom, Third Floor, Springfield, MA 01105−2925 to consider the following:

#638 Application for Fees for Anne Brensley, Property Manager to the Chapter 11 Debtor in Possession

THE HEARING WILL BE CONDUCTED BOTH IN PERSON AT SPRINGFIELD COURTROOM−BERKSHIRE AND BY ZOOM.GOV VIDEO CONFERENCE. PARTIES IN INTEREST WHO WISH TO PARTICIPATE THROUGH ZOOM, BY 12:00 P.M. ONE COURT BUSINESS DAY BEFORE THE HEARING, SHOULD EMAIL THE COURTROOM DEPUTY AT SOPHIA_HOWARD@MAB.USCOURTS.GOV REQUESTING REMOTE PARTICIPATION, PROVIDING THEIR NAME, THE PARTY THEY REPRESENT, AND WHETHER OR NOT THEY WILL BE AN ACTIVE PARTICIPANT IN THE HEARING OR ONLY OBSERVING. PARTICIPATION BY VIDEO IS ONLY PERMITTED BY PARTIES IN INTEREST. ALL OTHER PARTIES WHO WISH TO ATTEND THE HEARING MUST ATTEND IN PERSON.

**OBJECTION/RESPONSE DEADLINE: AUGUST 18, 2026 by 4:00 pm**

If no deadline is set, the objection/response deadline shall be governed by the Federal Rules of Bankruptcy Procedure (FRBP) and the Massachusetts Local Bankruptcy Rules (MLBR). If no objection/response is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. See MLBR 9013−1(f).

**THE MOVING PARTY IS RESPONSIBLE FOR:**

1. Serving a copy of this notice upon all parties entitled to notice within two (2) business days; and
2. Filing a certificate of service with respect to this notice seven (7) days after the date of issuance set forth below. If the hearing date is fewer than seven (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

**NOTICE TO ALL PARTIES SERVED:**

1. **Your rights may be affected.** You should read this notice, the above referenced pleading and any related documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.
2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** filed and served at least one (1) business day prior to the hearing date. See MLBR 5071−1.
3. The above hearing shall be nonevidentiary. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule an evidentiary hearing. If this is a hearing under section 362, it will be a consolidated preliminary and final nonevidentiary hearing unless at the conclusion thereof the court schedules an evidentiary hearing.

Date:7/21/26

By the Court,

Sophia Howard
Deputy Clerk
413−785−6909