

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | Gabhaltais Teaghlaigh LLC | Ch. 11 |
| | | 22-10839-EDK |
| | Debtor(s). | |

## Proceeding Memorandum and Order

**MATTER:**

# 607 Motion filed by Interested Party David G. Baker to Alter or Amend Judgment
Re: [420] Order on Application for Compensation

**Decision set forth more fully as follows:**

THIS HEARING IS CONTINUED TO AUGUST 20, 2026, AT 12:30 PM IN THE FEDERAL
COURTHOUSE, BERKSHIRE COURTROOM, 300 STATE STREET, SPRINGFIELD, MA AND
BY ZOOM.GOV VIDEO CONFERENCE. PARTIES IN INTEREST WHO WISH TO PARTICIPATE
THROUGH ZOOM, BY 12:00 P.M. ONE COURT BUSINESS DAY BEFORE THE HEARING,
SHOULD EMAIL THE COURTROOM DEPUTY AT sophia_howard@mab.uscourts.gov
REQUESTING REMOTE PARTICIPATION, PROVIDING THEIR NAME, THE PARTY THEY
REPRESENT, AND WHETHER OR NOT THEY WILL BE AN ACTIVE PARTICIPANT IN THE
HEARING OR ONLY OBSERVING. PARTICIPATION BY VIDEO IS ONLY PERMITTED BY
PARTIES IN INTEREST.

Dated: 07/24/2026

By the Court,

Elizabeth D. Katz
United States Bankruptcy Judge