UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Gabhaltais Teaghlaigh LLC<br><br><div align="center">Debtor.</div> | Chapter 11<br>Case No. 22-10839-EDK |

### NOTICE OF OBJECTION TO CLAIM

Gabhaltais Teaghlaigh, LLC has filed an objection to your claim in this bankruptcy case

**Your claim may be reduced, modified, or elimitated.** You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the Court to eliminate or change your claim, then or before _____, 2026, you or your lawyer must:

File with the Court a written response to the objection, explaining your position, at
United States Bankruptcy Court
District of Massachusetts


If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive it** on or before the date state above.

You must also send a copy to:

Joseph G. Butler
Counsel to Gabhaltais Teaghlaigh LLC
355 Providence Highway
Westwood, MA 02090

Attend the hearing on the objection, scheduled to be held on _____, 2026 at _____a.m/p.m in Courtroom _____, United States Bankuptcy Court, District of Massachusetts,

_____

If you  or your attorney do not take these steps, the Court may decide that you do not oppose the objection to your claim

Gabhaltais Teaghlaigh, LLC,

By its attorneys,

Dated: July ___, 2026

/s/ Joseph G. Butler
Joseph G. Butler, Esq. (BBO# 544284)
Law Office of Joseph G. Butler
355 Providence Highway
Westwood, MA 02090
(781) 636 3638
JGB@jgbutlerlaw.com