UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Gabhaltais Teaghlaigh LLC<br><br><div align="center">Debtor.</div> | Chapter 11<br>Case No. 22-10839-EDK |

**OBJECTION BY DEBTOR IN POSSESSION TO CLAIM OF GOMES CORP. [CLAIM NO. 13]**

Gabhaltais Teaghlaigh, LLC, the Debtor in Possession in the above-captioned Chapter 11 case (the "Debtor"), respectfully files this objection to the allowance of the asserted unsecured claim of Gomes Corp., Claim No. 13 (the "Gomes Claim").  In support of this objection, the Debtor states as follows:

1.      On June 15, 2022, (the "Petition Date") the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. §§1101, et. seq.) (the "Bankruptcy Code"), commencing case no. 22-10839 in the United States Bankruptcy Court for the District of Massachusetts (the "Court").

2.      The Debtor continues to manage and operate its business as a debtor-in-possession in accordance with sections 1107(a) and 1108 of the Bankruptcy Code.

3.      On July 1, 2022, the Debtor filed its schedules, including schedules D, E and F on July 1 2022 [see docket entry 19].

4.      On August 12, 2022, the Debtor requested that the Court establish a claims bar date [docket entry 70] and, on August 30, 2022, the Court established October 31, 2022 as the claims bar date [docket entry 82].

5. On March 22, 2023, Gomes Corp. filed the Gomes Claim in the amount of $32,838.63 for "services performed landscaping/snow removal/cleanups." *See* Claim No. 13-1.

6. To the best knowledge of Debtor, Gomes Corp. does not have a contract with Debtor nor has Gomes Corp. provided any services to Debtor. Although Debtor has requested supporting documentation from Gomes Corp., none has been forthcoming.

7. In light of the above, Debtor objects to the unsecured Gomes Claim as it is untimely and should be disallowed. 11 U.S.C. § 502.

8. In addition, Debtor objects to the unsecured Gomes Claim as it is unsupported and has no basis. The Gomes Claim fails to attach any supporting documentation and thus loses its status as *prima facie* evidence of the claim's validity and amount. Bankruptcy Rules 3001 and 3003. Since Debtor has no knowledge of the Gomes Claim, it is unenforceable against the Debtor and property of the Debtor. 11 U.S.C. § 502.

9. Nothing in this Objection shall constitute a waiver of any right of the Debtor to object to any other claims asserted against the Debtor not included within the disputed claim, or to supplement, amend, or assert additional basis for objections against the disputed Gomes Claim.

10. The Debtor, pursuant to Rule 3007-1(a) is filing, herewith a proposed form on notice of the objection to claim.

WHEREFORE, the Debtor respectfully requests that the Court:

a. issue a notice setting the deadline for filing responses and a hearing date relating to this Objection.

b. require Debtor to then complete the notice of objection to claim by inserting the

deadline for responses and hearing date and to serve the objection and completed

notice of objection upon Gomes Corp.;

c.   sustain the Debtor's objection to the Gomes Claim according to the above Objection;

and

d.   Grant such other relief as is just and proper.

Gabhaltais Teaghlaigh, LLC,

By its attorneys,

Dated: July 27, 2026

/s/ Joseph G. Butler
Joseph G. Butler, Esq. (BBO# 544284)
Law Office of Joseph G. Butler
355 Providence Highway
Westwood, MA 02090
(781) 636 3638
JGB@jgbutlerlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

Gabhaltais Teaghlaigh LLC

Debtor.

Chapter 11
Case No. 22-10839-EDK

CERTIFICATE OF SERVICE

I, Joseph G. Butler, do hereby certify that on July 27, 2026, I served a copy of the

Objection By Gabhaltais Teaghlaigh, LLC, Debtor in Possession, to the Unsecured Claim of

Gomes on the persons on the attached service list by mailing a copy of the same by first class

mail, postage prepaid or as otherwise indicated.

Signed under the penalties of perjury,  July 27, 2026.


/s/ Joseph G. Butler
Joseph G. Butler

Service List
Gabhaltais Teaghlaigh LLC
Chapter 11, Case No.  22-10839-EDK

Via ECF

- **Steven Boyajian**     sboyajian@rc.com, jtella@rc.com
- **Eric K. Bradford**     Eric.K.Bradford@USDOJ.gov
- **Paul G. Crochiere**     pcrochiere@regnante.com
- **Kathleen R. Cruickshank**     kcruickshank@murphyking.com, bankruptcy@murphyking.com;kflynn@murphyking.com;ecf-f3829d9f3bd3@ecf.pacerpro.com
- **Daniel S. Guenther**     dsguenther@sherin.com, sworfolk@sherin.com
- **Richard King - B**     USTPRegion01.BO.ECF@USDOJ.GOV
- **John C. La Liberte**     JCLaLiberte@sherin.com, sworfolk@sherin.com
- **Jason A. Manekas**     jmanekas@bg-llp.com, kpurvis@bg-llp.com
- **Alex F. Mattera**     amattera@pierceatwood.com, lhawe@pierceatwood.com
- **Jodi B. Meade**     meadej@dor.state.ma.us
- **Heather Sprague**     Heather.Sprague@usdoj.gov
- **Michael Van Dam**     mvandam@vandamlawllp.com
- **John F. White**     jwhite@lipmanwhite.com, lipmanwhite1@yahoo.com;alipman@lipmanwhite.com
- **David W. Zizik**     david.zizik@mgclaw.com, dburke@ziziklaw.com

Via First Class Mail

**David G. Baker**
236 Huntington Ave.
Suite 317
Boston, MA 02115

**Anne Brensley**
28 Barney Hill Road
Wayland, MA 01778

Suzanne Beckett
Beckett Law LLC
543 Prospect Ave
Hartford, CT 06105

Devco North America Lp
200 Lincoln Street
Suite 302
Boston, MA 02111

Dom Giglio
Giglio Commercial Real Estate
124 Suncrest Court
Torrington, CT 06790

David Natan
The Newburg & Company, LLP
95 Sawyer Road
Suite 120
Waltham, MA 02453-3471

Rhode Island Department of Environmental
Management
235 Promenade St., 4th Floor, Suite 425
Providence, RI 02908

Michael Riley
1661 Worcester Rd.
Framingham, MA 01701

Enterprise Bank & Trust Company
222 Merrimack Street
Lowell, MA 01852-5994

OHP, LLC
78 Spring Street
Medford, MA 02155-4855

AmGuard Insurance Company
39 Public Square
Wilkes Barre, PA 18701-2502

Bank 5
79 North Main Street
Fall River, MA 02720-2123

Boston Gas Company
DBA National Grid
300 Erie Boulevard West
Syracuse, NY 13202-4201

City of Boston
Law Department
1 CIty Hall Square
Boston, MA 02201-2019

City of Lowell
Law Department
375 Merrimack Street, 3rd Floor
Lowell, MA 01852-5939

City of Woburn
City Clerk
10 Common Street
Woburn, MA 01801-4197

Dexterity Surgical
c/o Virginia Hung, MA
P.O. Box 888
Winchester, MA 01890-8188

EVERSOURCE GAS COMPANY OF
MASSACHUSETTS
ATTN CREDIT AND COLLECTIONS
PO BOX 2025
SPRINGFIELD MA 01102-2025

Gomes Corp.
400 East Street
Walpole, MA 02081-3702

Internal Revenue Service
Centralized Insolvency  Processing

PO Box 7346
Philadelphia, PA 19101-7346

Jonathan H. Allen
1500 Main Street, Suite 1506
P.O. Box 15567
Springfield 01115-5567

Mary Vallace Krumsiek, Esq.
Krumsiek LLP
One Boston Place Ste 2600
Boston, MA 02108-4420

Mass Dept. of Revenue
Bankruptcy Unit
PO Box  7090
Boston, MA 02204-7090

Massachusetts Electric Co.
DBA National Grid
300 Erie Boulevard West
Syracuse, NY 13202-4201

Millennium Investor Group V LLC
10 Cedar Street
Woburn, MA 01801-6364

Narragansett Electric Co.
DBA Rhode Island E
300 Erie Boulevard West
Syracuse, NY 13202-4201

Raman Singh
c/o Stiles Law
892 Plain Street, 2nd Floor
Marshfield, MA 02050-2191

Rockland Trust Bank
(f/k/a East Boston Savings
101 Arch Street 20th Floor
Boston, MA 02110-1122

Sachem Capital Partners LLC
588 E. Main Street Ste 1
Branford, CT 06405

Stedronsky & Meter, LLC
62 West Street
P.O. Box 1529
Litchfield, CT 06759-1529

Town of Weymouth
Law Department
75 Middle Street
East Weymouth, MA 02189-1359

William P. Devereaux, Esq.
Pannone Lopes Devereaux & O'Gara LL
1301 Atwood Ave., Suite 215 N
Johnston, RI 02919-4933

Jaspal Gill
8 Bailey Avenue
Beverly, MA 01915-3904

BGDOCS\3640\10587\1720118.v1-7/25/26