**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| **In re:** | ) |
| | ) |
| | ) **Chapter 11** |
| **Gabhaltais Teaghlaigh LLC** | ) **Case No. 22-10839-EDK** |
| | ) |
| **Debtor**. | ) |
| | ) |

### NOTICE OF APPEARANCE

Pursuant to Federal Rule of Bankruptcy Procedure 9010, please enter the appearance of

Charles R. Bennett, Esq. and the firm of Murphy & King, Professional Corporation as counsel

for Jaspal Gill, in the above case.

The undersigned hereby requests copies of all notices, pleadings, papers and orders that

are either required to be given or served in accordance with Bankruptcy Rule 2002.

.

/s/ Charles R. Bennett_____
Charles R. Bennett (BBO #37380)
MURPHY & KING, Professional Corporation
28 State Street, Suite 3101
Boston, MA 02109
Tel: (617) 423-0400
Dated: July 31, 2026                   Email: cbennett@murphyking.com

## CERTIFICATE OF SERVICE

I, Charles R. Bennett, hereby certify that on July 31, 2026, I served a copy of the foregoing notice through the Court's EC/CMF system upon all parties entitled to notice thereunder:

## VIA CM/ECF

- Steven Boyajian      sboyajian@rc.com, jtella@rc.com
- Eric K. Bradford      Eric.K.Bradford@USDOJ.gov
- Joseph G. Butler      jgb@jgbutlerlaw.com, JGButlerlaw@gmail.com
- Paul G. Crochiere      pcrochiere@regnante.com
- Kathleen R. Cruickshank      kcruickshank@murphyking.com, bankruptcy@murphyking.com;kflynn@murphyking.com;ecf-f3829d9f3bd3@ecf.pacerpro.com
- Daniel S. Guenther      dsguenther@sherin.com, sworfolk@sherin.com
- Richard King - B      USTPRegion01.BO.ECF@USDOJ.GOV
- John C. La Liberte      JCLaLiberte@sherin.com, sworfolk@sherin.com
- Jason A. Manekas      jmanekas@bg-llp.com, kpurvis@bg-llp.com
- Alex F. Mattera      amattera@pierceatwood.com, lhawe@pierceatwood.com
- Jodi B. Meade      meadej@dor.state.ma.us
- Heather Sprague      Heather.Sprague@usdoj.gov
- Michael Van Dam      mvandam@vandamlawllp.com
- John F. White      jwhite@lipmanwhite.com, lipmanwhite1@yahoo.com;alipman@lipmanwhite.com
- David W. Zizik      david.zizik@mgclaw.com, dburke@ziziklaw.com


/s/ Charles R. Bennett_____
Charles R. Bennett

Doc. ID No. 855277                                    2