UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Gabhaltais Teaghlaigh LLC<br><br>                Debtor. | Chapter 11<br>Case No. 22-10839-EDK |

## ORDER ON MOTION BY GABHALTAIS TEAGHLAIGH LLC TO DETERMINE THE AMOUNT TO PAY OHP, LLC [DOCKET NO. 572]

The Motion By Gabhaltais Teaghlaigh, LLC, as Debtor in Possession, To Determine the Amount to Pay Secured Creditor OHP, LLC Pursuant to Bankruptcy Rule 3012 [Docket No. 572], having come on before me for hearing, sufficient notice having been given, and good cause appearing to me therefore, it is hereby

ORDERED that the Debtor is hereby authorized to pay OHP, LLC the sum of $874,367.27 ("Payment Amount") within seven (7) days of this Court's Order from the net proceeds of the sale of the Real Property in full satisfaction of the Rockland Mortgage and loan in the original principal amount of $5,900,00, as defined in its Motion.  Upon receipt of the Payment Amount, OHP shall have no further claims in this bankruptcy proceeding.

_Elizabeth D. Katz_       8/3/2026

Elizabeth D. Katz
UNITED STATES BANKRUPTCY
JUDGE