UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | Chapter 11 |
| GABHALTAIS TEAGHLAIGH LLC | Case No. 22-10839 (CJP) |
| Debtor-in-possession | |

**NOTICE OF SATISFACTION OF PAYMENT AND JOINT REQUEST TO TERMINATE HEARING**

Root Development LLC ("Root"), by and through its undersigned counsel, hereby provides notice to this Court that the payment of $8,304.52 that the Court previously ordered Anne Brensley to pay, individually, to Root has been satisfied in full.

Accordingly, the parties jointly request that the hearing scheduled for Thursday, October 15, 2026, on Brensley's Motion for More Time or a Payment Plan of Sanctions (ECF #712) be terminated as MOOT in light of the foregoing.

**RELIEF REQUESTED**

WHEREFORE, Root Development LLC respectfully requests that this Court terminate the hearing scheduled.

Respectfully submitted,

ROOT DEVELOPMENT, LLC

By its attorneys,

/s/ *Daniel S. Guenther*
John C. La Liberte (BBO# 556046)
Daniel S. Guenther (BBO# 703463)
Sherin and Lodgen LLP
One Lincoln Street, 14th Floor
Boston, Massachusetts 02111
Ph: 617.646.2000
Fax: 617.646.2222
jclaliberte@sherin.com
dsguenther@sherin.com

Dated: October 8, 2026

## CERTIFICATE OF SERVICE

I, Daniel S. Guenther, do hereby certify that on October 8, 2026, a copy of this Notice was served by the CM/ECF system, thereby providing electronic notice to all ECF participants in this case, as well as in the manner listed below:

Mailed to:

Devco North America LP
200 Lincoln Street
Suite 302
Boston, MA 02111
***Via Email to*** abrensley@devconorthamerica.com

Devco North America LP
c/o Anne Brensley
177 Huntington Avenue, 17th Floor
Boston, MA 02115
***Via Email to*** abrensley@devconorthamerica.com

Anne Brensley
BFT-Capital, LLC
189 Plain Road
Wayland, MA 01778
***Via Email to*** abrensley@devconorthamerica.com

Joseph G. Butler, Esq.
Law Office of Joseph G. Butler
355 Providence Highway
Westwood, MA 02090

***Via Email Only to***
jgb@jgbutlerlaw.com

/s/ *Daniel S. Guenther*
Daniel S. Guenther