UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Gabhaltais Teaghlaigh LLC<br><br>Debtor. | Chapter 11<br>Case No. 22-10839-EDK |

CERTIFICATE OF CONFERENCE

I, Joseph G. Butler, do hereby certify that in accordance with Local Rule 3017-1(b), that the undersigned conferred with David Baker on October 20, 2026, concerning the foregoing objection in a good faith effort to narrow the areas of disagreement.

Signed under the penalties of perjury October 20, 2026.

/s/ Joseph G. Butler
________________________________
Joseph G. Butler